IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MILTON THORPE,

    Plaintiff,

v.                                       Civil Action No. 3:22cv705

SIMS METAL, *et al.*,

    Defendants.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that the action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter a final appealable Judgment in a Civil Case in favor of Defendants as a separate entry on the docket.

The Court does not grant leave to amend, rendering this Order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable). Plaintiff is advised that he has the right to appeal the decision of the Court. Should he wish to do so, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to Plaintiff.

It is SO ORDERED.

Date: 6-1-2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge