AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
                              Richmond Division

Milton Thorpe,

    Plaintiff,

v.

                                              **JUDGMENT IN A CIVIL CASE**

Sims Metal et al,                                Case number: 3:22cv705-MHL

    Defendant.

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is DISMISSED WITH PREJUDICE. Judgment is hereby entered in favor of the defendants, Sims Metal, Tina Newcomb, and Chris Peyet.

| | |
|---|---|
| June 1, 2023 | FERNANDO GALINDO, |
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |